UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
JOSE VILLALBA,   JUDGMENT
   02-CV- 4455 (ARR)
                       Plaintiff,

-against-

ROCKFORD SUSTEMS, INC., STAMPTECH, INC.,
and NEWELL INDUSTRIES, INC.,

                       Defendants.
----------------------------------------------------------------X

       An Order of Honorable Allyne R. Ross, United States District Judge, having been filed on March 3, 2006, adopting the Report and Recommendation of Magistrate Judge Robert M. Levy, dated February 10, 2006, after a de novo review of the record; and directing the Clerk of Court to enter judgment awarding plaintiff $305,000.00 in compensatory damages, this amount includes $82,000.00 in past lost wages, $50,000.00 in future lost wages, $38,000.00 in past financial expenses, $35,000.00 in future medical expenses, and $100,000.00 for past and future pain and suffering; it is

       ORDERED and ADJUDGED that the Report and Recommendation of Magistrate Judge Robert M. Levy is adopted in its entirety; and that judgment is hereby entered awarding plaintiff, Jose Villalba, and against defendant, Newell Industries, Inc., awarding plaintiff $305,000.00 in compensatory damages, this amount includes $82,000.00 in past lost wages, $50,000.00 in future lost wages, $38,000.00 in past financial expenses, $35,000.00 in future medical expenses, and $100,000.00 for past and future pain and suffering.


Dated: Brooklyn, New York
       March 03, 2006

                                                               ROBERT C. HEINEMANN
                                                               Clerk of Court